United States District Court

Eastern District of Pennsylvania

Sheriff File Number – SUM-24001022
Court Case # - Case: 2:24-cv-04716-GAM

| | |
|---|---|
| Leon Weingrad | |
| | Plaintiff, |
| vs. | |
| Fund Mate, LLC   Menachem Minsky | |
| | Defendant. |

**Affidavit of Constructive Service**

Summons in a Civil Action, Jury Trial Demanded, Civil Cover Sheet, Designation Form

State of New York - County of           SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in the state of New York.  That on 11/12/2024 at 3:16 PM, at 234 Lake Shore Drive Monticello, NY 12701  deponent served the within Summons in a Civil Action, Jury Trial Demanded, Civil Cover Sheet, Designation Form on Menachem Minsky, the defendant named therein, in the following manner.

By affixing a true copy of each to the door of said premises, which is defendant's –actual place of business- dwelling place- usual place of abode- last known residence- within the state.  Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there at:

10/11/2024 3:56 PM
10/16/2024 9:43 AM
10/21/2024 4:03 PM
10/29/2024 12:04 PM

11/4/2024 6:06 PM
11/8/2024 3:51 PM
11/12/2024 3:16 PM

MAILING TO RESIDENCE
( X ) On November 15, 2024  of such delivery or affixing, deponent enclosed  one copy of same in first class envelope properly addressed  to defendant  Menachem Minsky, at 234 Lake Shore Drive Monticello, NY 12701  defendant's last known residence and mailing address, and  deposited  said  envelope in an official depository  under the  exclusive care and  custody of the U.S. Postal Service  within New York  State.   The envelope bore the legend "Personal and Confidential" and did not  indicate on the outside thereof, by return address or  otherwise, that the communication was from an attorney or concerned an action against the defendant

Sworn to before me on November 15, 2024

_Susan Picarello_
SUSAN PICARELLO, Notary Public

SUSAN PICARELLO
Notary Public, State of New York
No. 01PI0015315
Qualified in SULLIVAN County
Commission Expires 10/30/20__

_Wayne Melvin_
Wayne Melvin

**ORIGINAL**

United States District Court

Eastern District of Pennsylvania

Sheriff File Number – SUM-24001022
Court Case # - Case: 2:24-cv-04716-GAM

| |
|---|
| Leon Weingrad |
|                                      Plaintiff, |
| vs. |
| Fund Mate, LLC   Menachem Minsky |
|                                      Defendant. |

Affidavit of Constructive Service

Summons in a Civil Action, Jury Trial Demanded, Civil Cover Sheet, Designation Form

State of New York - County of Sullivan      SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in the state of New York. That on 11/12/2024 at 3:16 PM, at 234 Lake Shore Drive Monticello, NY 12701 deponent served the within Summons in a Civil Action, Jury Trial Demanded, Civil Cover Sheet, Designation Form on Fund Mate, LLC, the defendant named therein, in the following manner.

By affixing a true copy of each to the door of said premises, which is defendant's –actual place of business- dwelling place- usual place of abode- last known residence- within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there at:

| | | |
|---|---|---|
| 9/20/2024 2:31 PM | 10/11/2024 11:55 AM | 10/29/2024 12:04 PM |
| 10/1/2024 12:54 PM | 10/11/2024 4:02 PM | 11/4/2024 6:06 PM |
| 10/4/2024 2:00 PM | 10/16/2024 9:43 AM | 11/8/2024 3:51 PM |
| 10/7/2024 1:38 PM | 10/21/2024 4:03 PM | 11/12/2024 3:16 PM |

MAILING TO RESIDENCE

( X ) On November 15, 2024 of such delivery or affixing, deponent enclosed one copy of same in first class envelope properly addressed to defendant Fund Mate, LLC, at 234 Lake Shore Drive Monticello, NY 12701 defendant's last known residence and mailing address, and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant

_____
Wayne Melvin

Sworn to before me on November 15, 2024

_SUSA PICARELLO_ , Notary Public

SUSAN PICARELLO
Notary Public, State of New York
No. 01PI0015315
Qualified in SULLIVAN County
Commission Expires 10/30/20__

**ORIGINAL**