## VERIFIED RETURN OF NON-SERVICE

Job # 2024006071

### Client Info:

Andrew Perrong
1657 The Fairway #131
Jenkintown, PA19046
Phone: (215) 791-6957

### Case Info:

**Plaintiff:**
Leon Weingrad, Individually and on Behalf of all others similarly situated
 -versus-
**Defendant:**
Fund Mate, LLC and Menachem Minsky

United States District

Court Case # **24-4716**

### Service Info:

**Date Received: 9/9/2024** at **04:03 PM**
Service: I Non-Served **Fund Mate, LLC C/O Menachem Minsky**
**Summons In A Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet, Designation Form**

**At Residence 6720 NW 44TH CT LAUDERHILL, FL 33319**
On **10/24/2024** at **09:55 AM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other:

**Service was Attempted on:**

**(1) 9/9/2024** at **07:06 PM**, by **Mikhael Goldgisser** Loc: **6720 NW 44th Ct, Lauderhill, FL 33319**   Latitude:**26.179916**   Longitude:**-80.240301**
**Notes:** No answer at door, no noise or activity inside. male subject answered through the ring doorbell and said that Menachem Minsky, does not live here, he assured me he does not live here. He knew the subject, but did not want to provide any other information nor his name.. one car outside 88bded

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**Mikhael Goldgisser**
Lic # **SPS# 1556**

**Link Processors, LLC**
1543 Itchepackesassa Dr.
Lakeland, FL 33810

Client # 2024006071
Ref # 7438




1 of 1