# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **FUND MATE, LLC and MENACHEM MINSKY** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:24-cv-04716-GAM <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF NONSERVICE

I, Luis Arriaga, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Menachem Minsky as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 10, 2024 8:38 pm
Address: 613 East New York Avenue, apt 5r, Brooklyn, NY 11203
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.6219482422,-73.9125860017
Description of attempt: No answer

Serve Attempt #2
Date / Time: September 13, 2024 7:42 pm
Address: 613 East New York Avenue, apt 5r, Brooklyn, NY 11203
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=40.6621319242,-73.9423833322
Description of attempt: Current residents never heard of entity

Serve Attempt #3
Date / Time: September 24, 2024 6:56 pm

Address: 613 East New York Avenue, apt 5r, Brooklyn, NY 11203
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=40.6621015094,-73.9424662687
Description of attempt: No answer

Serve Attempt #4
Date / Time: September 27, 2024 3:13 pm
Address: 613 East New York Avenue, apt 5r, Brooklyn, NY 11203
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=40.6621268736,-73.9424318715
Description of attempt: No answer at door

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
    Kings County                    ,
    NY       on    10/4/2024         .

/s/ *Luis Arriaga*
Signature
Luis Arriaga
+1 (917) 345-2799







