**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **FUND MATE, LLC et al** | : | **NO.: 24-cv-4716** |
| | : | |


**O R D E R**

**AND NOW**, this **9ᵗʰ** day of **JANUARY 2025**, in accordance with the court's

procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of

the Honorable Gerald A. McHugh to the calendar of the Honorable Catherine Henry.


**FOR THE COURT:**


**MITCHELL S. GOLDBERG**
**Chief Judge**


**ATTEST:**

 **/s/George Wylesol**_____
**GEORGE WYLESOL**
**Clerk of Court**