IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | CIVIL NO. 24-4716 |
| : | |
| **FUND MATE, LLC, et al.** : | |
| *Defendant(s)* : | |

# ORDER

**AND NOW**, this 14th day of January 2025, upon consideration of Plaintiff's Request for Default, it is hereby Ordered that the request is **DENIED WITHOUT PREJUDICE**. Plaintiff is directed to make proper service in accordance with Federal Rule of Civil Procedure 4(m), within 14 days of the date of this order.

This Order also serves as notice to the plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the plaintiff fails to file proof of service by **January 28, 2025**, without showing good cause for such failure, the court must dismiss without prejudice the case against any unserved defendant(s).

It is so **ORDERED**.

BY THE COURT:

*s/Catherine Henry*
**HON. CATHERINE HENRY**
**United States District Court Judge**