IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FUND MATE, LLC**<br><br>**and**<br><br>**MENACHEM MINSKY**<br><br>*Defendants.* | Case No.<br>24-4716<br><br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXTEND TIME FOR SERVICE PURSUANT TO RULE 4(m)

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion is GRANTED. Plaintiff shall file the proposed Amended Complaint as the operative complaint in this matter within five days. The Clerk is directed to issue new summons, which the Plaintiff is directed to serve within ninety days.

*BY THE COURT:*

_____
Hon. Catherine Henry, J.

1