United States District Court for the Eastern District of Pennsylvania

State of Pennsylvania

Sheriff File Number – SWC-25000158
Court Case # - Civil Action No. 24-4716

| Leon Weingrad |
|---|
| Plaintiff, |
| vs. |
| Fund Mate, LLC and Menechem Minsky |
| Defendant. |

### Affidavit of Substitute Service

Summons /Complaint, Summons in a Civil Action, Jury Trial Demanded, Amended Complaint and Demand for Jury Trail, Supporting Paperwork

State of New York - County of       SS:

I, Wayne Melvin, being duly sworn, deposes and says: that he is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 4/23/2025 at 12:34 PM, at 87 Rose Valley Road Unit 31 Monticello, NY 12701 deponent served the within Summons /Complaint, Summons in a Civil Action, Jury Trial Demanded, Amended Complaint and Demand for Jury Trail, Supporting Paperwork on Fund Mate, LLC, the defendant named therein, in the following manner.

**ALTERNATE PERSON**

By delivering to and leaving with Paulina Romanska the Care Taker to the defendant a true copy thereof, a person of suitable age and discretion. Said address was the Known of the defendant.

**MAILED**

On April 24, 2025, by mailing 1(one) copy of same in a first class post paid envelope, marked Personal & Confidential and addressed to defendant at 87 Rose Valley Road Unit 31 Monticello, NY 12701 .

**NON-MILITARY**

At the time of service Paulina Romanska was asked if Fund Mate, LLC was in the Military Service of the U.S. Government and Paulina Romanska replied No.

**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Blonde, Gender: Female Height: 5' 7" Weight: 150 Age: 40.

_____
Wayne Melvin

LEXUS ERIC CAZADO
Notary Public, State of New York
No. 01CA0031536
Qualified in SULLIVAN County
Commission Expires 12/02/2028

Sworn to before me on April 23, 2025

_____
Lexus Cazado, Notary Public

**ORIGINAL**