IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, et al. : | |
| : | Civil Case No. 2:24-CIV-4716 |
| vs. : | |
| : | |
| FUND MATE, LLC : | |
| and : | |
| MENACHEM MINSKY : | |

Defense Motion to Dismiss Plaintiff's Complaint under Rules 4.(e)(2)(C) and 4.(m) pursuant to Rule 12(b)(5)

NOW COMES, defendant Menachem Minsky ("*Minsky*" hereafter) to move the Court to dismiss this case as required by Fed.R.Civ.P. 4.(m) for failing to serve process within the set 90 days after the complaint was filed.

*Factual Statements*

1. This complaint was filed on September 6 , 2024.

2. In mid-December 2024, over 90 days had elapsed since this filing.

3. Almost five (5) months after that date, plaintiff filed a document denoted as an "Affidavit of Substitute Service".

4. This document states in part: "ALTERNATE PERSON (served)  By delivering to and leaving with Paulina Romanska the Care Taker to the defendant a true copy thereof… Said address was the Known (sic) of the defendant."

5. In fact, the person called Paulina Romanska ("*Romanska*' hereafter) is employed by the residential community in which Unit 31 is located as a 'property manager' to the entirety of these residences; Romanska is not Minsky's "Care Taker"; Romanska has no affiliation – be it personal or professional – in any manner with Minsky or any of his relations at the Unit 31; and Minsky does not reside at this community. See,

accompanying good faith statement of counsel as to facts made known to him in this matter.

*Law applicable*

6. Rule 4.(e)(2)(C) provides in part that: an individual may be served in a judicial district of the United States by delivering a copy of the summons and complaint to an agent authorized by appointment or law to receive service of process.

7. Rule 4.(m) provides in part, as follows: TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

8. "Under Rule 12(b)(5) of the Federal Rules of Civil Procedure, a defendant may move to dismiss when a plaintiff fails to effectuate proper service. Fed. R. Civ. P. 12(b)(5). 'In resolving a motion under Rule 12(b)(5), the party making service has the burden of demonstrating its validity when an objection to service is made.'… If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Gold Line, Inc. v. OurBus, Inc.*, 2022 U.S. Dist. LEXIS 198037 (M.D.Pa. 2022)

9. Defendant at Bar suggests that the complaint at issue must – and should – be dismissed for all of the reasons set forth above.

Respectfully submitted,

Scott E. Miller, Esquire
P.O. Box 812
Blue Bell, PA  19422
I.D. No. 25359
(215) 813-9785

May 14, 2025