IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, et al.      :
                           :      Civil Case No. 2:24-CIV-4716
           vs.             :
                           :
FUND MATE, LLC             :
           *and*           :
MENACHEM MINSKY            :

_____

## ORDER

AND NOW, THIS _____ DAY OF _____ 2025, UPON REVIEW OF DEFENDANT MENACHEM MINSKY'S RULE 12(b)(5) MOTION AND THE AFFIDAVIT FILED IN SUPPORT OF THE PURPORTED SERVICE ON HIM AT NEW YORK STATE AND ANY RESPONSE MADE THERETO, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED.

THE COMPLAINT IS DISMISSED FOR PLAINTIFF'S VIOLATION OF RULE 4.(m) FOR A PERIOD OF TIME EXCEEDING EIGHT MONTHS FROM HIS FILING THEREOF.

BY THE COURT,


_____
                    ,J.