IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, et al. : | |
| : | Civil Case No. 2:24-CIV-4716 |
| vs. : | |
| : | |
| FUND MATE, LLC : | |
| and : | |
| MENACHEM MINSKY : | |

Limited Entry of Appearance for the Sole Purpose of a Rule 12(b)(5) Motion

To the Clerk of Court:

Kindly enter my limited appearance for defendant Menachem Minsky in this matter.

Respectfully submitted,

Scott E. Miller, Esquire
P.O. Box 812
Blue Bell, PA 19422
I.D. No. 25359
(215) 813-9785

May 14, 2025