## Affidavit by Menachem Minsky in a pending Fed.R.Civ.P. 12(b)(5) Motion

I, Menachem Minsky, am an adult citizen of the United States of America and do make the following statement of facts known to me without any reservation or for the purpose of evasion:

a. I do not reside in the New York state community in Monticello, New York at which the stated Unit 31 is located;

b. I do not have a "Care Taker", either the named Ms. Romanska or anyone else;

c. Ms. Romanska is known by me to be employed directly by the Monticello, New York residential community in which Unit 31 is located as a 'property manager' to the entirety of these residences;

d. Ms. Romanska has no affiliation – be it personal or professional – in any manner with either me or any of my relations at this Unit 31, located at Monticello, New York;

e. I have never appointed Ms. Romanska as my 'authorized agent' for the purpose of receiving the service of process;

f. It is erroneous for anyone to state under an Oath that this Monticello, New York property is – or ever was – my 'known address' for any purpose whatsoever.

_____
Menachem Minsky

STATE OF NEW JERSEY   :
                      SS
COUNTY OF Bergen      :

Sworn to, subscribed, and acknowledged before me by the Affiant, Menachem Minsky, who is either known to me or satisfactorily proven, this 18th day of May 2025

_____
Notary Public

RONIT SHARONA HAGLER
Notary Public, State of New Jersey
No. 50218984
Qualified in Bergen County
Commission Expires Mar 5, 2029