# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** *Plaintiff*, v. **FUND MATE LLC** and **MENACHEM MINSKY** *Defendants.* | Case No. 24-4716 **JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME

The Plaintiff Leon Weingrad respectfully requests that he receive an extension of time to June 16, 2025 in order to file a response to the Defendant Menachem Minsky's Motion to Dismiss. This additional time is required as Defendant did not immediately file its memorandum in support of the motion, leading to confusion as to the due date, as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this 26th day of May, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com