### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** *Plaintiff*, v. **FUND MATE LLC** and **MENACHEM MINSKY** *Defendants*. | Case No. 24-4716 **JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING] MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to respond to the Defendant's Motion to Dismiss, it is ORDERED that the motion is GRANTED. Plaintiff shall have until June 16, 2025 in order to file a response to the motion (ECF Nos. 17, 18).

_____

Hon. Catherine Henry, J.