# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** | Case No. 24-4716 |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **FUND MATE LLC** | |
| and | |
| **MENACHEM MINSKY** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 27th day of May, 2025, upon consideration of the Plaintiff's Motion for Extension of Time to respond to the Defendants' Motion to Dismiss (Docket No. 19), as well as Defendants' opposition thereto, it is hereby **ORDERED** that the motion is **GRANTED** in part. Plaintiff shall have until June 9, 2025 to file a response to the motion.

BY THE COURT:

*/s/ Catherine Henry*

Catherine Henry, J.