United States District Court

Eastern District of Pennsylvania

Sheriff File Number – SUM-24001022
Case: 2:24-cv-04716-GAM

| Leon Weingrad | |
|---|---|
| | Plaintiff, |
| vs. | |
| Fund Mate, LLC   Menachem Minsky | |
| | Defendant. |

Amended Affidavit of Constructive Service

Summons in a Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet, Designation Form

State of New York - County of     SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in the state of New York. That on 11/12/2024 at 3:16 PM, at 234 Lake Shore Drive Monticello, NY 12701 deponent served the within Summons in a Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet, Designation Form on Menachem Minsky, the defendant named therein, in the following manner.

By affixing a true copy of each to the door of said premises, which is defendant's –actual place of business- dwelling place- usual place of abode- last known residence- within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there at:

10/11/2024 3:56 PM            11/4/2024 6:06 PM
10/16/2024 9:43 AM            11/8/2024 3:51 PM
10/21/2024 4:03 PM            11/12/2024 3:16 PM
10/29/2024 12:04 PM

MAILING TO RESIDENCE
( X ) On November 15, 2024 of such delivery or affixing, deponent enclosed one copy of same in first class envelope properly addressed to defendant Menachem Minsky, at 234 Lake Shore Drive Monticello, NY 12701 defendant's last known residence and mailing address, and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant

Wayne Melvin

Sworn to before me on January 22, 2025

Susan Picarello, Notary Public

SUSAN PICARELLO
Notary Public, State of New York
No. 01PI0015315
Qualified in SULLIVAN County
Commission Expires 10/30/20__

**ORIGINAL**