

# Property Description Report For: 234 Lake Shore Dr, Municipality of Thompson

*No Photo Available*

| | |
|---|---|
| **Status:** | Active |
| **Roll Section:** | Taxable |
| **Swis:** | 484689 |
| **Tax Map ID #:** | 41.-1-2.4 |
| **Property Class:** | 210 - 1 Family Res |
| **Site:** | RES 1 |
| **In Ag. District:** | No |
| **Site Property Class:** | 210 - 1 Family Res |
| **Zoning Code:** | AR |
| **Neighborhood Code:** | 00016 |
| **Total Acreage/Size:** | 183.24 x 150 |
| **School District:** | Monticello |
| **Land Assessment:** | 2025 - Tentative $25,400<br>2024 - $25,400 |
| **Total Assessment:** | 2025 - Tentative $159,400<br>2024 - $159,400 |
| **Full Market Value:** | 2025 - Tentative $392,611<br>2024 - $354,222 |
| **Equalization Rate:** | ---- |
| **Property Desc:** | |
| **Deed Book:** | 2023 |
| **Deed Page:** | 8912 |
| **Grid East:** | 415084 |
| **Grid North:** | 1021831 |

## Owners

Menachem Mendel Minsky
101 Lake Shore Dr
Monticello NY 12701

## Sales

| Sale Date | Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book and Page |
|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | $10 | 210 - 1 Family Res | Land & Building | 234 Lake Shore Drive LLC | No | No | No | 2023/8912 |
| 7/24/2023 | $365,000 | 210 - 1 Family Res | Land & Building | Berger, Adin | Yes | Yes | No | 2023/6190 |
| 12/2/2004 | $190,000 | 210 - 1 Family Res | Land & Building | Mariotti, Maurice | Yes | Yes | No | 2883/443 |
| 10/1/1987 | $22,000 | 311 - Res vac land | Land Only | Miller, Fred O | Yes | Yes | No | 1311/279 |

# Taxes

| Year | Description | Amount |
|---|---|---|
| 2017 | County | $2,723.19 |
| 2016 | County | $2,688.87 |

**\* Taxes reflect exemptions, but may not include recent changes in assessment.**

Case 2:24-cv-04716-CH   Document 23-1   Filed 06/09/25   Page 2 of 2