IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD**<br><br>*Plaintiff*,<br><br>v.<br><br>**FUND MATE LLC**<br><br>and<br><br>**MENACHEM MINSKY**<br><br>*Defendants*. | Case No. 24-4716<br><br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING] DEFENDANT
MENACHEM MINSKY'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that Defendant Menachem Minsky's Motion to Dismiss (ECF Nos. 16, 17, 18) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Catherine Henry, J.