# WESTLAW

**NARROW:**

Select Multiple Filters

Search within results

**Jurisdiction**
☐ FEDERAL DISTRICT CT.  31

**Key Nature of Suit**  Select

**Date**
Change date   All

**Judge**  Select

**Attorney**  Select

**Law Firm**  Select

Select Multiple Filters

**Search other sources:**
News
Dockets
Intellectual Property
Public Records
Company Investigator

Back to Federal Dockets

## Federal Dockets (31)

1 - 31    Sort by: Case Title    UPDATE

☐ Select all items    No items selected

☐ **1. Leon Weingrad v. DH & RK Investments LLC**
July 16, 2024 | CA U.S. Dist. Ct., Cent. | 2:24-CV-05981 | Class Action | Judge(s): Judge Maame Ewusi-Mensah Frimpong

☐ **2. WEINGRAD v. BAKER SOLUTIONS INC.**
April 07, 2025 | PA U.S. Dist. Ct., East | 2:25-CV-01792 | Class Action | Judge(s): DISTRICT JUDGE GERALD J. PAPPERT

☐ **3. Weingrad v. Block Equity Group LLC**
April 08, 2024 | NY U.S. Dist. Ct., East | 2:24-CV-02618 | Class Action | Judge(s): Judge Gary R. Brown

☐ **4. WEINGRAD v. BUSINESS CAPITAL LLC**
November 08, 2025 | PA U.S. Dist. Ct., East | 2:25-CV-06344 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA)

☐ **5. Weingrad v. BuyerLink Inc. et al**
December 19, 2024 | OR U.S. Dist. Ct. | 3:24-CV-02114 | Class Action | Judge(s): Judge Karin J. Immergut

☐ **6. Weingrad v. CHW Group, Inc.**
March 03, 2025 | OR U.S. Dist. Ct. | 3:25-CV-00370 | Class Action | Judge(s): Judge Karin J. Immergut

☐ **7. Weingrad v. DaBella Exteriors LLC**
March 06, 2025 | OR U.S. Dist. Ct. | 3:25-CV-00396 | Class Action | Judge(s): Judge Michael H. Simon

☐ **8. Weingrad v. DH & RK Investments LLC**
June 03, 2024 | FL U.S. Dist. Ct., South | 9:24-CV-80701 | Class Action | Judge(s): Judge Robin L. Rosenberg

☐ **9. Weingrad v. Direct Health Solutions Insurance Agency, LLC**
December 03, 2024 | FL U.S. Dist. Ct., South | 0:24-CV-62282 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): Judge Melissa Damian

☐ **10. WEINGRAD v. EXACT CARE PHARMACY, LLC**
April 10, 2025 | PA U.S. Dist. Ct., East | 2:25-CV-01843 | Class Action | Judge(s): DISTRICT JUDGE MICHAEL M. BAYLSON

☐ **11. WEINGRAD v. FIRST AMERICAN HOME WARRANTY CORPORATION**
October 15, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-05488 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): DISTRICT JUDGE KAI N. SCOTT

☐ **12. Weingrad v. Franchise Creator, LLC**
June 17, 2025 | FL U.S. Dist. Ct., South | 1:25-CV-22746 | Class Action | Judge(s): Chief Judge Cecilia M. Altonaga

☐ **13. WEINGRAD v. FUND MATE, LLC et al**
September 06, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-04716 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): DISTRICT JUDGE CATHERINE HENRY

☐ **14. WEINGRAD v. IBAN GLOBAL LLC et al**
August 14, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-04212 | Class Action | Judge(s): DISTRICT JUDGE MARY KAY COSTELLO

☐ **15. Weingrad v. K9 Bookkeeping, LLC**
August 19, 2024 | NY U.S. Dist. Ct., South | 1:24-CV-06256 | Class Action | Judge(s): Judge Andrew L. Carter Jr.

☐ **16. Weingrad v. LifeWave, Inc.**

May 06, 2025 | OR U.S. Dist. Ct. | 3:25-CV-00752 | Class Action | Judge(s): Judge Adrienne Nelson

☐ **17. WEINGRAD v. NATIONAL HEALTH ENROLMENT CENTRE**
December 26, 2023 | PA U.S. Dist. Ct., East | 2:23-CV-05114 | Class Action | Judge(s): DISTRICT JUDGE MARK A. KEARNEY

☐ **18. WEINGRAD v. NEW YORK TRIBECA GROUP LLC**
November 14, 2025 | PA U.S. Dist. Ct., East | 2:25-CV-06450 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA)

☐ **19. WEINGRAD v. POSIGEN DEVELOPER, LLC**
December 05, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-06503 | Class Action | Judge(s): DISTRICT JUDGE GAIL A WEILHEIMER

☐ **20. WEINGRAD v. PREMIUM MERCHANT FUNDING ONE, LLC**
November 21, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-06247 | Class Action | Judge(s): DISTRICT JUDGE JOHN R. PADOVA

☐ **21. WEINGRAD v. QUOTELAB, LLC**
December 18, 2023 | PA U.S. Dist. Ct., East | 2:23-CV-05007 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): DISTRICT JUDGE GERALD A. MCHUGH

☐ **22. Weingrad v. Quotewizard.com, LLC**
January 01, 2025 | PA U.S. Dist. Ct., Mid. | 1:25-CV-00002 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): Honorable Jennifer P. Wilson

☐ **23. WEINGRAD v. RFR CAPITAL LLC**
June 16, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-02636 | Class Action | Judge(s): DISTRICT JUDGE JOSHUA D. WOLSON

☐ **24. Weingrad v. Slingshot Enterprises Inc.**
May 23, 2024 | NY U.S. Dist. Ct., East | 2:24-CV-03736 | Class Action | Judge(s): Judge Sanket J. Bulsara

☐ **25. Weingrad v. SmartMatch Insurance Agency, LLC**
December 02, 2024 | PA U.S. Dist. Ct., Mid. | 1:24-CV-02067 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): Honorable Jennifer P. Wilson

☐ **26. Weingrad v. Synergy BPO LLC**
June 28, 2024 | TX U.S. Dist. Ct., North | 4:24-CV-00610 | Class Action | Judge(s): Judge Mark Pittman

☐ **27. Weingrad v. Ticket Takedown LLC**
August 20, 2025 | OR U.S. Dist. Ct. | 3:25-CV-01477 | Class Action | Judge(s): Magistrate Judge Stacie F. Beckerman

☐ **28. WEINGRAD v. TIER ONE INSURANCE COMPANY**
April 15, 2025 | GA U.S. Dist. Ct., Mid. | 4:25-CV-00124 | Class Action | Judge(s): U.S. DISTRICT JUDGE CLAY D LAND

☐ **29. Weingrad v. Top Healthcare Options Insurance Agency Inc.**
October 16, 2024 | FL U.S. Dist. Ct., South | 0:24-CV-61930 | Other Federal Statutes, Telephone Consumer Protection Act (TCPA) | Judge(s): Judge Jose E. Martinez

☐ **30. WEINGRAD v. WESTMOUNT FUNDING LLC**
August 02, 2024 | PA U.S. Dist. Ct., East | 2:24-CV-03705 | Class Action | Judge(s): DISTRICT JUDGE GAIL A WEILHEIMER

☐ **31. Weingrad v. Yelp Inc.**
August 07, 2024 | PA U.S. Dist. Ct., Mid. | 1:24-CV-01330 | Class Action | Judge(s): Honorable Christopher C. Conner

50 per page