IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FUND MATE, LLC**<br><br>**and**<br><br>**MENACHEM MINSKY**<br><br>*Defendants*. | Case No. 24-4716<br><br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Plaintiff's Motion is GRANTED. Plaintiff shall file the proposed Second Amended Complaint as the operative complaint in this matter within five days.

*BY THE COURT:*

_____
Hon. Catherine Henry, J.

1