SCOTT E. MILLER, ESQUIRE
P.O. Box 812
Blue Bell, PA  19422
I.D. No. 25359
(215) 813-9785                                              Attorney for defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, et al. | : | |
| | : | Civil Case No. 2:24-CIV-4716 |
| vs. | : | |
| | : | |
| FUND MATE, LLC | : | *[Assigned to Hon. Catherine Henry]* |
| *and* | : | |
| MENACHEM MINSKY | : | |

## Certification of Civil Rule 5.b)2)E) Service Upon Plaintiff

To the Clerk of Court:

The below-signing individual hereby certifies that service under this Court Rule of Defendants' R.15.a)2) response was made upon plaintiff's counsel of record by "sending it to (him as) a registered user by filing it with the court's electronic-filing system".


Respectfully submitted,

*Scott Miller*
_____
Scott E. Miller, Esquire

December 31, 2025