IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD *Plaintiff* | : : : |
| v. | : CIVIL NO. 24-4716 : |
| FUND MATE, LLC, *et al.* *Defendants* | : : : |

## ORDER

**AND NOW**, this 12th day of January 2026, upon consideration of all pending motions in this matter, as well as all oppositions and replies, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 25) is **DENIED** without prejudice to the right to refile said motion in response to Plaintiff's Second Amended Complaint.

2. Defendants' Motion to Dismiss (Docket No. 26) is **DENIED** as being duplicative of Defendants' Motion to Dismiss found at Docket No. 25. To the extent said motion is not duplicative, it is denied without prejudice to the right to refile said motion in response to Plaintiff's Second Amended Complaint.

3. Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 27) is **GRANTED**. Plaintiff shall file his Second Amended Complaint within five days of the date of this Order.

**BY THE COURT:**

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**