IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>FUND MATE LLC,<br><br>and<br><br>MENACHEM MINSKY,<br><br>*Defendants* | Case No. 2:24-cv-04716 |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S 2nd AMENDED CLASS ACTION COMPLAINT

This matter came before the Court, the Honorable Catherine Henry, United States District Court Judge, presiding, upon Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Second Amended Class Action Complaint ("Motion").

Having reviewed the Motion and finding good cause, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendants, will have until **Friday, February 20, 2026,** to respond to Plaintiff's Amended Class Action Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. Catherine Henry
United States District Judge