**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-4716** |
| | : | |
| **FUND MATE, LLC,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 30th day of January 2026, upon consideration of Defendants' Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint (ECF No. 32), it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**.

2. Defendants' Response to Plaintiff's Second Amended Complaint shall be filed by February 20, 2026.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**