IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD : Case Number: 2:24-cv-04716
:
:
v. :
:
FUND MATE LLC, :
and
MENACHEM MINSKY

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ GRANTED.  The Clerk is DIRECTED to add __Matthew B. Peters__, Esquire as counsel for __Defendants Fund Mate LLC and Menachem Minsky__.  __Matthew B. Peters__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
Hon. Catherine Henry
United States District Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number __2:24-cv-04716__

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, __Matthew B. Peters__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Defendants Fund Mate LLC and Menachem Minsky__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| __See Attachment A.__ | _____ | _____ |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| __See Attachment A.__ | _____ | _____ |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* __Defendants Funds Mate LLC and Menchem Minsky__

*Name of Attorney:* __Matthew B. Peters__

*Firm Address:* __Watstein Terepka LLP__

*Telephone Number:* __(404) 912-8095__

*Email Address:* __mpeters@wtlaw.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/12/2026__         __/s/ Matthew B. Peters__
(Date)                              (Movant's signature)

# ATTACHMENT A

Matthew B. Peters – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 247568) | 7/12/2023 | Yes |
| Louisiana (Bar No. 37514) | 5/11/2017 | Yes |
| Tennessee (Bar No. 034389) | 10/21/2015 | Yes, Inactive |
| Mississippi (Bar No. 104991) | 4/30/2015 | Yes |

| | | | |
|---|---|---|---|
| Georgia State Bar<br>104 Marietta Street NW<br>Suite 100<br>Atlanta, Georgia 30303<br>(404) 527-8700/ | Louisiana State Bar<br>601 St. Charles Avenue<br>New Orleans, Louisiana 70130<br>(504) 566-1600 | Tennessee Bar<br>3310 West End Avenue<br>#590<br>Nashville, Tennessee 37203<br>(615) 383-7421 | Mississippi Bar<br>643 North State Street<br>Jackson, Mississippi 39202<br>(601) 948-4471 |

Matthew A. Peters – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Louisiana Western District Court | 5/3/2021 | Yes |
| Louisiana Eastern Bankruptcy Court | 5/3/2021 | Yes |
| Louisiana Middle District Court | 4/28/2021 | Yes |
| Louisiana Eastern District Court | 3/26/2021 | Yes |
| Georgia Northern District Court | 8/11/2025 | Yes |
| | | |
| Superior Courts of Georgia | 7/12/2023 | Yes |
| All State Courts of Louisiana | 5/11/2017 | Yes |
| All State Courts of Tennessee | 11/5/2015 | Yes, Inactive |
| All State Courts of Mississippi | 4/30/2015 | Yes |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Matthew B. Peters_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| | | | |
|---|---|---|---|
| Scott E. Miller | *Scott E. Miller* | October 11, 1977 | 25359 |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Miller Legal Services

POB 812, Blue Bell, PA 19422

scott@yourlegalbiz.biz     (215) 813-9784

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 13, 2026     (Date)      *Scott E. Miller*      (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Case Number: 2:24-cv-04716 |
| | : | |
| v. | : | |
| | : | |
| FUND MATE LLC, | : | |
| and | : | |
| MENACHEM MINSKY | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of ____Matthew B. Peters____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Anthony Roman Perron
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038

*Scott E. Miller*
_____
(Signature of Attorney)

Scott E. Miller
_____
(Name of Attorney)

Matthew B. Peters
_____
(Name of Moving Party)

_____
(Date)