IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD                           :       Case Number:  2:24-cv-04716
                                        :
                                        :
    v.                                  :
                                        :
FUND MATE LLC,                          :
And
MENACHEM MINSKY

ORDER

AND NOW, this _____ day of _____ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[ ]  GRANTED.  The Clerk is DIRECTED to add  Ryan D. Watstein , Esquire as counsel for  Defendants Fund Mate LLC and Menchem Minsky . Ryan D. Watstein is DIRECTED to request ECF filing access using their PACER Account[1.]

[ ]  DENIED.

                                                        _____
                                                        Hon. Catherine Henry
                                                        United States District Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number __2:24-cv-04716__

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, **MOVANT'S STATEMENT**

I, _____Ryan D. Watstein_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Defendants Funds Mate LLC and Menchem Minsky__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| __See Attachment A.__ | _____ | _____ |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| __See Attachment A.__ | _____ | _____ |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* __Defendants Funds Mate LLC and Menchem Minsky__

*Name of Attorney:* __Ryan D. Watstein__

*Firm Address:* __Watstein Terepka, LLP__

*Telephone Number:* __(404) 782-0695__

*Email Address:* __ryan@wtlaw.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/12/2026__      __/s/ Ryan D. Watstein__
(Date)                          (Movant's signature)

## ATTACHMENT A

Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No.93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
Telephone:  (404) 527-8700/(800) 334-6865

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone:  (850) 561-5600

Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315426) | 11/29/2021 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S. Court of Appeals 11th Circuit | 10/13/2023 | Yes |
| U.S. Court of Appeals 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals 6th Circuit | 12/07/2020 | Yes |
| U.S. Court of Appeals 3rd Circuit | 09/22/2022 | Yes |
| U.S. Court of Appeals 7th Circuit | 04/26/2024 | Yes |
| U.S. Court of Appeals 1st Circuit (121822) | 06/18/2025 | Yes |
| U.S.D.C., Northern District of Georgia | 07/19/2010 | Yes |
| U.S.D.C., Middle District of Georgia | 08/17/2010 | Yes |
| U.S.D.C, Southern District of Florida | 04/02/2012 | Yes |

| | | |
|---|---|---|
| U.S.D.C., Middle District of Florida | 09/02/2015 | Yes |
| U.S.D.C., Northern District of Florida | 05/04/2018 | Yes |
| U.S.D.C., Western District of Texas | 07/24/2025 | Yes |
| U.S.D.C., Eastern District of Michigan | 09/11/2025 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State and Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Ryan D. Watstein_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Scott E. Miller | *Scott E. Miller* | October 11, 1977 | 25359 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Miller Legal Services

POB 812, Blue Bell, PA 19422

scott@yourlegalbiz.boz      (215) 813-9785

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  February 13. 2026             *Scott E. Miller*
               (Date)                                    (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD                            :        Case Number:  __2:24-cv-04716__
                                         :
   v.                                    :
                                         :
FUND MATE LLC,                           :
And                                      :
MENACHEM MINSKY

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Ryan D. Watstein__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

    Anthony Roman Perrong

    Perrong Law LLC

    2657 Mt. Carmel Ave

    Glenside, PA 19038

*Scott E. Miller*
_____
(Signature of Attorney)

Scott E. Miller
_____
(Name of Attorney)

Ryan D. Watstein
_____
(Name of Moving Party)

_____
(Date)