IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD *Plaintiff(s)* | |
| v. | Civil Case No. 24-4716 |
| FUND MATE, LLC, *et al.* *Defendant(s)* | |

## NOTICE OF HEARING

An **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 is scheduled for Monday, March 9, 2026, at 10:30 a.m. by telephone before the Honorable Catherine Henry. Counsel shall dial 855-244-8681 and enter access code 2302 992 5654 to participate in the conference.

**IT IS ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) at least one day prior to the Initial Pretrial Conference.

2. Counsel shall complete and electronically file the required Report of Rule 26(f) Meeting incorporating all of the information described in the attached form Report three (3) days prior to the Rule 16 meeting.

3. Lead trial counsel is required to participate in the Initial Pretrial Conference. If trial counsel is on trial in another matter, another attorney in the same office who is thoroughly familiar with this case is required to appear at the conference.

4. If counsel is not fully authorized to settle the case at the Initial Pretrial Conference, then the client or a proxy with such authority must either attend the conference or be available on call at the time of the scheduled conference.

*s/Tanya L. Allender*
**TANYA L. ALLENDER**
Courtroom Deputy to the
Honorable Catherine Henry

**Date of Notice: February 23, 2026**
**Copies sent via ECF notification.**