**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |
|---|---|
|   | **Civil action No. _____-CH** |
|   | For plaintiff(s) *at the conference*: |
| v. |   |
|   | For defendant(s) *at the conference*: |

**REPORT OF RULE 26(F) MEETING**

     In accordance with Fed. R. Civ. P. 26(f) and Judge Henry's order scheduling an initial pretrial conference, the parties jointly submit this report of their meeting.

Pretrial conference scheduled: [*Date*], [*Time*], [*in Philadelphia/Easton or by phone/video*]
The parties' Rule 26(f) meeting was held: [*Date*], [*in person or by video/phone*]

☐ The parties have familiarized themselves with Judge Henry's policies and procedures and the local civil rules.

☐ The parties report that their Rule 26 conference was in-person, by videoconference, or if those were unavailable, by phone, and not principally in writing.

☐ The plaintiff has made a demand in the amount of

The parties request a referral to Magistrate Judge José R. Arteaga for a settlement conference:

☐ Before discovery begins    ☐ After some or all discovery    ☐ Neither

     Judge Henry's Rule 16 conference typically consists of only a brief discussion of the parties' desired deadlines and any other pressing matters. It is not necessary for counsel make parties available.

     **I.**   **Recommended deadlines**

☐ No expert discovery: The parties recommend 90 days for discovery.

☐ Expert discovery: The parties recommend 90 days for non-expert discovery followed by 30 days for expert discovery, followed by 30 days for rebuttal expert discovery.

☐ The parties recommend 30 days for dispositive motions, followed by 21 days for a response.

If not the defaults above, we recommend the following case management deadlines, as relevant:

    Amending claims/parties: _____
    Fact discovery: _____
    Affirmative expert discovery: _____
    Rebuttal expert discovery: _____
    Expert depositions: _____
    Dispositive motions: _____

Additional scheduling notes, case management requests, or reasons for elongated timelines:

## II. Summary of claims and defenses

Plaintiff requests: ☐ Jury trial    ☐ Arbitration    ☐ Mediation
    ☐ Trial before Judge Henry    ☐ Trial before Magistrate Judge Arteaga

Defendant requests ☐ Jury trial    ☐ Arbitration    ☐ Mediation
    ☐ Trial before Judge Henry    ☐ Trial before Magistrate Judge Arteaga

*If the operative complaint (with attachments) is shorter than 20 pages, no summary of the claims is needed. Otherwise, provide a short summary of the claims and defenses.*

## III. Anticipated motions and other litigation

*Note any further anticipated litigation besides motions for summary judgment or straight-forward motions* in limine *that can be ruled upon at a final pretrial conference.*

**IV. <u>Additional issues and trial readiness</u>**

*So that Judge Henry may set a final pretrial conference and trial date, include periods of unavailability for trial during the period 3–9 months after the proposed date for dispositive motions.*

Signed,

See additional pages