IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD :  Case Number: 2:24-cv-04716
:
:
v. :
:
FUND MATE LLC, :
and
MENACHEM MINSKY

ORDER

AND NOW, this 24th day of February 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

✓ GRANTED.  The Clerk is DIRECTED to add Matthew B. Peters, Esquire as counsel for Defendants Fund Mate LLC and Menachem Minsky. Matthew B. Peters is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

/s/ Catherine Henry
Hon. Catherine Henry
United States District Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).