IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FUND MATE LLC,<br><br>And<br><br>MENACHEM MINSKY<br><br>    Defendants. | Case No. 2:24-cv-04716 |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Leon Weingrad and Defendants FundMate LLC and Menachem Minsky (collectively, "Defendants"), through their undersigned counsel, respectfully request that the Court continue the March 9, 2026, initial pretrial conference and extend the related deadlines for two weeks, or to another date convenient for the Court. In support of this request, the parties state as follows:

1. On January 16, 2026, Plaintiff filed an amended complaint. ECF No. 31.

2. On February 20, 2026, Defendants filed an answer and affirmative defenses. ECF No. 36.

3. On February 13, 2026, two additional attorneys sought admission pro hac vice on behalf of Defendants. ECF Nos. 34–35. The Court granted those applications on February 24, 2026. ECF Nos. 38–39.

4. On February 23, 2026, the Court issued a Notice scheduling the initial pretrial conference for March 9, 2026. The Notice also set deadlines for the parties' initial disclosures (one

day prior to the conference) and the Rule 26(f) Report (three days prior to the conference). ECF No. 37.

5. The parties are currently conferring in good faith regarding the potential for a negotiated resolution of the claims and defenses. A brief extension will allow counsel to continue those discussions without the need for unnecessary filings and without prejudice to any party.

6. Pursuant to Local Rule 7.4(b)(2), the Parties respectfully request, pursuant to this Joint Stipulation that this Court enter an Order approving this Stipulation and to continue and reset the Rule 16 conference for a date after March 23, 2026.

7. Granting the requested extension may conserve judicial resources by facilitating a potential resolution or narrowing the issues that would otherwise be presented to the Court.

8. This request is made prior to the expiration of the deadlines set by the Court.

9. Good cause therefore exists to extend the applicable deadlines.

10. Because this request modifies deadlines set by Court Order, the parties submit a proposed order pursuant to Federal Rule of Civil Procedure 6(b).

[Signature Lines on the Following Page]

DATED:  March 4, 2026

| | |
|---|---|
| */s/ Andrew Roman Perrong*<br>Andrew Roman Perrong, Esq.<br>*with express permission<br>PA Bar #333687<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>Facsimile: 888-329-0305<br>a@perronglaw.com<br><br>*Attorney of Plaintiff* | */s/ Ryan D. Watstein*<br>Ryan D. Watstein (*pro hac vice*)<br>Matthew B. Peters (*pro hac vice*)<br>WATSTEIN TEREPKA LLP<br>75 14th Street NE, Suite 2600<br>Atlanta, Georgia 30309<br>Telephone: (404) 882-2394<br>ryan@wtlaw.com<br>mpeters@wtlaw.com<br><br>Scott E. Miller, Esquire<br>Miller Legal Services<br>POB 812<br>Blue Bell, PA 19422<br>Tel: (215) 813-9785<br>Fax: (610) 667-3668<br>scott@yourlegalbiz.biz<br><br>*Counsel for Defendants* |

## **LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on March 4, 2026 regarding this motion. Plaintiff's counsel advised that Plaintiff joins in the relief requested herein.

*Ryan D. Watstein*
Ryan D. Watstein

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Ryan D. Watstein*
Ryan D. Watstein
