IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FUND MATE LLC,<br><br>And<br><br>MENACHEM MINSKY<br><br>　　　　Defendants. | Case No. 2:24-cv-04716 |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
CONTINUE SCHEDULING CONFERENCE**

　　　　This matter came before the Court, the Honorable Catherine Henry, United States District Court Judge, presiding, upon Parties' Joint Motion to Continue Scheduling Conference.

　　　　Having reviewed the Motion and finding good cause, the Court GRANTS the motion.

　　　　IT IS HEREBY ORDERED that the Initial Pretrial Conference set for March 9, 2026, is continued to _____ \_\_, 2026, at _____ a.m. / p.m. by telephone before the Honorable Catherine Henry. All other provisions of the original Notice of Hearing (ECF No. 37) shall remain in effect.

**SO ORDERED.**

　　　　Dated: _____, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Catherine Henry
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge