IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** : | |
| *Plaintiff* : | |
| : | |
| v. : | CIVIL NO. 24-4716 |
| : | |
| **FUND MATE, LLC,** *et al.* : | |
| *Defendants* : | |

# ORDER

**AND NOW**, this 5th day of March 2026, upon consideration of the parties' Joint Motion to Continue Scheduling Conference (ECF 40), it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Initial Pretrial Conference previously scheduled for March 9, 2026, is rescheduled to March 30, 2026, at 1:00 p.m.

3. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) at least one day prior to the Initial Pretrial Conference.

4. Counsel shall complete and electronically file the required Report of Rule 26(f) Meeting incorporating all the information described in the form Report three (3) days prior to the Rule 16 meeting.

                    **BY THE COURT:**

                    /s/ Catherine Henry
                    _____
                    **CATHERINE HENRY, J.**