IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FUND MATE LLC<br><br>and<br><br>MENACHEM MINSKY<br><br>        Defendants. | Case No. : 24-4716 |

## SUBSTITUTION OF COUNSEL

### Withdrawal of Appearance

Please withdraw my appearance on behalf of Defendants, Fund Mate LLC and Menachem Minsky.

Date:  March 27, 2026

*Scott C. Miller*
_____
Scott Miller, Esquire
scott@yourlegalbiz.biz
Miller Legal Services
PO Box 812
Blue Bell, PA 19422
T: 215-813-9785

### Entry of Appearance

Please enter my appearance on behalf of Defendants, Fund Mate LLC and Menachem Minsky.

*/s/ Matthew A. Lipman*
_____

Date:  March 27, 2026

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990