**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-4716** |
| | : | |
| **FUND MATE, LLC,** *et al.* | : | |
| **Defendants** | : | |

## SCHEDULING ORDER

**AND NOW**, this 30th day of March 2026, after an Initial Pretrial Conference held with counsel on March 30, 2026, it is hereby **ORDERED** as follows:

1. Any amendment of claims and/or parties in this matter shall be completed by June 26, 2026.

2. All fact and expert discovery shall be completed by September 25, 2026.

3. Motions for summary judgment, a motion for class certification or any other dispositive motions shall be filed by November 20, 2026. Responses to any dispositive motions shall be filed by December 21, 2026. Reply briefs in support of dispositive motions shall be filed by January 4, 2027.

4. This matter is referred to the Honorable José R. Arteaga for the purposes of conducting a settlement conference. The parties are directed to contact Judge Arteaga's chambers to schedule a settlement conference.

**BY THE COURT:**

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**