**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:24-cv-04716-CH |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| FUND MATE LLC and MENACHEM MINSKY, | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Leon Weingrad and Defendants Fund Mate, LLC, and Menachem Minsky, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

[SIGNATURES ON THE FOLLOWING PAGE]

1

Dated: July 15, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529
a@perronglaw.com

Counsel for Plaintiff and the
Proposed Class

/s/ Matthew B. Peters
Ryan D. Watstein (pro hac vice)
Matthew B. Peters (pro hac vice)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 882-2394
ryan@wtlaw.com
mpeters@wtlaw.com

Matthew A. Lipman
McELROY, DEUTSCH, MULVANEY &
  CARPENTER, LLP
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: (215) 557-2900
mlipman@mdmc-law.com

Counsel for Defendants